$50,976.79, and as so modified affirmed, with costs to respondent. Order for extra allowance reversed, without costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

DAISY C. DANZIGER, Respondent, v. JACQUES A. BERST and Others, Impleaded with MILTON M. GOLDSMITH, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to defendant to answer within ten days from service of order, upon payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

ALLEN D. TAUB, as Receiver, etc., Respondent, v. 27TH AND 28TH STREET GARAGE CO., INC., Impleaded with NATIONAL SURETY COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to defendant to answer within ten days from service of order upon payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

LILLIAN A. VAN RIPER, Appellant, v. THE PREFERRED ACCIDENT INSURANCE COMPANY OF NEW YORK, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

ARKELL R. MCMICHAEL, Appellant, v. JOHN E. DOCKENDORFF, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

THE FARISH COMPANY, Respondent, v. PHILLIPS-JONES CORPORATION, Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

HENRY FORCHHEIMER and Others, Copartners, etc., Respondents, v. HARRY BERNSTEIN and Another, Doing Business under the Firm Name and Style of H. BERNSTEIN & COMPANY, Appellants.— Determination affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

JOHN T. MCCARTHY, JR., v. F. ROMEO & CO., INC.— Motion to dismiss appeal granted, with ten dollars costs, unless the appellant pay ten dollars costs and procure the appellant's points to be filed within ten days from service of order with notice of entry thereof. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

F. GATES PORTER v. GEORGE M. BODMAN and Others,— Motion granted so far as to stay proceedings pending appeal on condition that said appeal be argued or submitted on the 8th day of February, 1924. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

STREET & FINNEY, INC., v. DENMAN-MYERS CORD TIRE COMPANY.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

PAUL MEYER v. WOODWARD-BROWN REALTY COMPANY.— Motion for a preference denied. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

AMERICAN HOOK AND EYE TAPE CORPORATION v. THE LIBERTY FIRE INSURANCE COMPANY OF ST. LOUIS, MO.— Motion denied, with ten dollars costs, and stay vacated. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.